UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK, SR.,<br><br>    Plaintiff,<br><br>v.<br><br>BRE SSP PROPERTY OWNER, LLC, doing business as SpringHill Suites by Marriott Fresno,<br><br>    Defendant. | Case No. 1:19-cv-01264-DAD-EPG<br><br>ORDER RE: NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE<br><br>(ECF No. 7) |

On November 1, 2019, Plaintiff, Peter Strojnik, filed a notice of voluntary dismissal of this action with prejudice. (ECF No. 7.) Defendant has not filed either an answer or a motion for summary judgment. Accordingly, in light of the notice, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). The Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated: **November 4, 2019**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

1